Abran E. Vigil
Nevada Bar No. 7548
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: priesth@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.;<br><br>             Plaintiff,<br><br>vs.<br><br>SUMMERHILLS OWNERS ASSOCIATION, a Nevada non-profit corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; and DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>             Defendants. | CASE NO. 2:17-cv-02194-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase")[1] and defendant Summerhills Owners Association (collectively, the "Parties") by and through their respective undersigned counsel of record, stipulate as follows:

1.     The Parties to this Stipulation have settled and further agree that the all the claims between them shall be DIMISSED with prejudice.

///

///

---

[1] On August 10, 2018, the Court entered an order substituting Chase as plaintiff in place of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (ECF No. 25).

DMWEST #16487554 v2

2. As Nevada Association Services, Inc. has not appeared in this action, Chase hereby voluntarily dismisses its claims against it pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

3. Each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: February 24, 2020. | Dated: February 24, 2020. |
| BALLARD SPAHR LLP | BOYACK ORME & ANTHONY |
| By: /s/ Holly Ann Priest<br>    Abran E. Vigil<br>    Nevada Bar No. 7548<br>    Holly Ann Priest<br>    Nevada Bar No. 13226<br>    1980 Festival Plaza Drive, Suite 900<br>    Las Vegas, Nevada 89135 | By: /s/ Christopher B. Anthony<br>    Edward D. Boyack<br>    Christopher B. Anthony, Esq.<br>    7432 W. Sahara Ave., Suite 101<br>    Las Vegas, Nevada 89117 |
| *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | *Attorney for Summerhills Owners Association* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 27, 2020